

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re:  Phyllis McCoy-Jacien, Esq.               Misc. No. 5:21-mc-57

### ORDER TO SHOW CAUSE

Pursuant to Vermont Supreme Court's Entry Order 2020 VT 42 (Docket No. 2020-127), filed with this court on March 25, 2021, it is hereby

ORDERED that pursuant to Rule 5(b)(2) of Attorney Disciplinary Rules for the United States District Court for the District of Vermont, Phyllis McCoy-Jacien, Esq., shall show cause on or before thirty (30) days from the date of service of this order upon her why the imposition of identical discipline would be unwarranted and the reasons therefor.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 26th day of March, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court