UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 NOV 22  PM 3:18

CLERK
BY_____
DEPUTY CLERK

In Re:  Phyllis McCoy-Jacien, Esq.        Misc. No. 5:21-mc-57

## ORDER

On June 3, 2020, the Vermont Supreme Court issued an Entry Order disbarring the respondent from the office of attorney and counselor at law.

Pursuant to Rule 5(d) of the Attorney Disciplinary Rules for the United States District Court for the District of Vermont and in conformity with the Vermont Supreme Court, it is hereby ORDERED that said PHYLLIS MCCOY-JACIEN is disbarred from the practice of law before this court.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 22nd day of November, 2021.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court